USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISMAEL SOW,     :     18-CV-11394 (GBD) (RWL)
          :
    Petitioner,    :
          :
    - against -    :     **ORDER**
          :
WILLIAM BARR, in his official    :
capacity as the Attorney General of the    :
United States, et al.,    :
          :
    Respondents.   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Petitioner's third amended petition for habeas corpus and complaint for injunctive and declaratory relief ("the Petition") (Dkt. 48), as well as Respondents' memorandum of law in opposition to the Petition (Dkt. 58), and Petitioner's reply (Dkt. 61).

The Court now orders briefing on the following issue: how the Petition, and this Court's ability to assume jurisdiction over the matter and grant the relief requested by Petitioner, is affected – if at all – by the Supreme Court's recent decision in *Department of Homeland Security v. Thuraissigiam*, __ U.S. __, __, 140 S. Ct. 1959 (2020).

The supplemental briefs and responding briefs shall be limited to no more than ten pages. Submissions may also include affidavits. The parties shall comply with the following schedule: initial submissions shall be filed by **October 29, 2020**; and responding briefs, if any, shall be filed by **November 13, 2020**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 29, 2019
         New York, New York

Copies transmitted to all counsel of record.