UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ISMAEL SOW,

                Petitioner,

        - against -

WILLIAM BARR, in his official
capacity as the Attorney General of the
United States, et al.,

                Respondents.
---------------------------------------------------------------X

18-CV-11394 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On July 1, 2021, Plaintiff filed a letter asking if a recent interim order in *Ragbir v. Johnson*, No. 18-1597 (2d Cir. June 29, 2021), remanding the case to the district court for additional fact finding, should trigger the briefing schedule outlined in this Court's December 14, 2020 Order, or if the briefing schedule should not be triggered until the case is dismissed as moot or the Second Circuit issues a substantive ruling.

      The Court would like to hear the parties' positions on that question. Accordingly, by July 15, 2021, the parties shall submit simultaneous letter briefs, no longer than two pages, on whether they believe this Court should set s briefing schedule on the *Thuraissigiam* issue now, or wait until *Ragbir v. Johnson* is dismissed as moot or the Second Circuit rules on the merits.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2021
New York, New York

Copies transmitted to all counsel of record.