UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISMAEL SOW,

                 Petitioner,

- against -

MERRICK B. GARLAND, in his official capacity as the Attorney General of the United States, *et al.*,[1]

                 Respondents.

No. 18 Civ. 11394 (GBD) (RWL)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

---

WHEREAS, on December 6, 2018, petitioner Ismael Sow, a noncitizen subject to a removal order, brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking a stay of removal;

WHEREAS, Mr. Sow amended his petition on December 17, 2018, March 6, 2019, and May 15, 2019;

WHEREAS, on March 29, 2022, ICE granted Mr. Sow's request that it exercise prosecutorial discretion;

WHEREAS, on April 15, 2022, ICE and Mr. Sow filed a joint motion with the Board of Immigration Appeals ("BIA") to reopen and administratively close Mr. Sow's immigration proceedings; and

WHEREAS, on August 10, 2022, the BIA granted the joint motion to reopen and administratively close Mr. Sow's immigration proceedings;

---

[1] Merrick B. Garland, who became the Attorney General of the United States on March 11, 2021, is automatically substituted for former Attorney General William Barr as the defendant in this action. *See* Fed. R. Civ. P. 25(d).

IT IS HEREBY STIPULATED AND AGREED that this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

| | |
|---|---|
| New York, New York<br>August 22, 2022 | New York, New York<br>August 22, 2022 |
| IMMIGRANT RIGHTS CLINIC<br>Attorney for Petitioner | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Respondents |
| *[signature]*<br>Jessica L. Rofé, Esq.<br>Immigrant Rights Clinic<br>New York University Law School<br>Furman Hall<br>245 Sullivan Street<br>New York, New York 10012<br>Tel.: (212) 992-7245 | *[signature]*<br>Allison M. Rovner<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.: (212) 637-2691 |

SO ORDERED.

_____
HON. GEORGE B. DANIELS
United States District Judge